## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA
v.

Tony Dutson

FILED
MAR 23 2011

SECOND AMENDED
ORDER SETTING CONDITIONS
OF RELEASE

Case Number: CR 08-206-002

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.

(3) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

### Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:

- Report as directed by the U.S. Pretrial Services office.
- Find and maintain gainful full-time employment, approved schooling or a full-time combination of both.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Travel is limited to the State of Oregon unless prior approval is obtained from U.S. Pretrial Services.
- Surrender any passport to the Clerk of the Court or submit a statement to Pretrial Services that the defendant no longer possesses a passport. The defendant is not to obtain a new passport.
- Other Condition: Defendant is not to have any contact with the IRS or an of the IRS agents unless permission is granted by the Court. In addition, the defendant shall not file or direct another individual to file correspondence, filings, or liens with any other local, state, or federal agency without the prior approval of U.S. Pretrial Services.
- Other Condition: The defendant shall not organize, promote, market, or sell any tax shelter, plan or arrangement that advises or encourages customers to attempt to violate the internal revenue laws or unlawfully evade the assessment or collection of their federal tax liabilities.
- Avoid all contact with the following names persons: Chester Davis, Trent Duncan, Richard Kaufman, and Trent Parker.
- Employment must be approved by U.S. Pretrial Services.
- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.
  (X) Radio Frequency (RF) Monitoring or Active GPS Monitoring (including hybrid GPS)

  This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community and/or other court-imposed conditions of release:

  ( ) You are restricted to your residence every day ( ) from _____ to _____, or (X) as directed by the supervising officer (Curfew)
  ( ) You are to maintain an accurate daily activity form and submit this form to Pretrial Services as directed
  ( ) You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment, attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention)
  ( ) You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court (Home Incarceration)

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City, State & Zip

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
☐  Alcohol detection
☐  Drug detection
☐  Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
☐  The defendant is ORDERED released after processing.
☐  The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: 3/23/2011

*Anna J Brown* 3-23-2011
_____
Signature of Judicial Officer

Anna J. Brown,
U.S. District Judge
_____
Name and Title of Judicial Officer

cc:    Defendant
       US Attorney
       US Marshal
       Pretrial Services